

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton  312-435-5670
Clerk

February 27, 2024

US District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  Roberts v. Progress Software Corporation et al

USDC Case Number:  1:24-cv-346

MDL Number:  3083

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 1/29/2024**:**

☒ Was electronically transmitted to: United States District Court for the District Court of Massachusetts.

☐ Paper documents sent via certified mail:

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely.
Thomas G. Bruton, Clerk

By:    /s/ Jenny E. Jauregui
          Deputy Clerk

Enclosures

**New Case No.** _____  **Date** _____

cc:    Non-ECF Attorneys and Pro se Parties
Rev. 11/10/2016